TANNER, Respondent, v. CONGER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Lillian M. Tanner against Benn Conger and others.

PER CURIAM. Order reversed, with $10 costs and disbursements to appellant to abide event. Motion granted, requiring the plaintiff to state which one of the alleged trustees it is claimed made the alleged false statements, and in other respects motion denied. Order amended infra.

BETTS, J., dissents, and votes for affirmance. SMITH, P. J., not sitting.

---

TANNER v. CONGER et al. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Lillian M. Tanner against Benn Conger and others. No opinion. Order (supra) amended, by striking therefrom "to abide event."

---

TAX LIEN CO. OF NEW YORK, Appellant, v. HUTTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by the Tax Lien Company of New York against Simon Hutter and others.

PER CURIAM. Order modified, by striking therefrom the provision that plaintiff shall have no right of action over and against the City of New York for any costs provided to be paid under said order, without prejudice, however, as to the rights of the plaintiff and the city in such other proceeding as may be hereafter taken, and, as so modified, the order is affirmed, without costs.

---

TAYLOR, Respondent, v. BANKERS' LOAN & INVESTMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Lillie E. Taylor against the Bankers' Loan & Investment Company. F. E. Anderson, for appellant. W. E. Kisselburgh, Jr., for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

TETZLAFF, Appellant, v. TETZLAFF, Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1912.) Action by Frank Tetzlaff against Meta C. Tetzlaff. E. F. Driggs, for appellant. H. L. Rupert, for respondent. No opinion. Judgment affirmed. Order filed.

---

THEDFORD, Respondent, v. HERBERT, Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by James Thedford against Henry L. Herbert. L. E. Warren, for appellant. G. H. Fletcher, for respondent. No opinion. Judgment and order affirmed, with costs, on former appeal. 195 N. Y. 63, 87 N. E. 798, and 203 N. Y. 575, 96 N. E. 1132. Order filed. See, also, 139 App. Div. 903, 123 N. Y. Supp. 1144.

---

THOMAS, Respondent, v. EASTERN CONCRETE STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Quincy S. Thomas against the Eastern Concrete Steel Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Clare F. Thomas against John H. Springer. No opinion. Motion granted, with costs. See, also, 136 App. Div. 923, 120 N. Y. Supp. 1148; 140 App. Div. 897, 125 N. Y. Supp. 1147.

---

THOMASON, Appellant, v. THOMASON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Lillian Thomason against John W. Thomason. No opinion. Interlocutory judgment affirmed, without costs.

---

THOMPSON, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by William R. Thompson against Leila A. Thompson. No opinion. Order affirmed, without costs.

---

THOMSON et al., Appellants, v. McNAUGHT, Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Marshall Thomson and another, as administrators, etc., of Jennie M. Thomson, deceased, against Malcolm C. McNaught.

PER CURIAM. Order unanimously affirmed, with costs, on the authority of Purdy v. Purdy, 47 App. Div. 94, 62 N. Y. Supp. 153.

LYON, J., not sitting.

---

TICHNOR BROS., Inc., Respondent, v. BARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Tichnor Bros., Incorporated, against Samuel M. Barley, etc. No opinion. Motion for reargument (of 134 N. Y. Supp. 129) denied, with costs.

---

TITCOMB v. BERKOVITZ et al. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by George W. Titcomb, as sole surviving trustee, etc., against Bernard Berkovitz and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

TOBL v. NEMECEK et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Villi Tobl against Vaclav Nemecek and others. No opinion. Application denied, with $10 costs. Order signed.

---

TOBL v. NEMECEK et al. (Supreme Court, Appellate Division, First Department. June 22,